# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL DOUGLAS BRASHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 16-cv-00729-JPG-DGW |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER for ATTORNEY'S FEES

**WILKERSON, Magistrate Judge:**

This matter is before the Court on Plaintiff's Motion for Approval of Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 34). Defendant's counsel has no objection to the motion. (Doc. 37).

Upon inspection of plaintiff's motion, memorandum in support of the motion, and exhibits, there is no indication that the Social Security Administration (SSA) withheld any part of plaintiff's back pay. No statement can be located from SSA indicating what plaintiff owes in back pay. Further, based on plaintiff's exhibits, the $6,940.00 requested by plaintiff is based on an hourly calculation, not on the contingency fee pursuant to 42 U.S.C. § 406(b)(1)(A) and agreed to by plaintiff and counsel. Plaintiff's Motion for Approval of Attorney's Fees is **DENIED**. Counsel may refile if he so chooses.

IT IS SO ORDERED.

DATED: September 19, 2019.

*Donald Wilkerson*
**DONALD G. WILKERSON**
**UNITED STATES MAGISTRATE JUDGE**